**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMINDA ARIAS,

    Petitioner,

v.

ALBERTO R. GONZALEZ, Attorney General of the United States and DAVID SILL, Acting District Director, San Francisco Office, U.S. Bureau of Citizenship and Immigration Services,

    Respondents.

No. C 06-03815 JSW

**ORDER TO SHOW CAUSE**

Petitioner Arminda Arias has filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1361. The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted. Respondents shall file responsive papers to the petition by July 14, 2006. Petitioner may file a reply by July 28, 2006.

IT IS FURTHER ORDERED that a hearing on the petition will be conducted on August 18, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 21, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE