```
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Respondents
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMINDA ARIAS, ) | No. C-06-3815-JSW |
| Petitioner, ) | |
| v. ) | **STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO ORDER TO SHOW CAUSE; AND [PROPOSED] ORDER** |
| ALBERTO R. GONZALES, Attorney General of the United States; DAVID STILL, Acting District Director, San Francisco Office, U.S. Bureau of Citizenship and Immigration Services, ) | |
| Respondents. ) | |

    Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. The petitioner filed and served a petition for writ of mandamus on June 19, 2006, seeking an order from the Court directing the respondents to adjudicate an application for adjustment of status.

    2. On June 21, 2006, this Court issued an Order to Show Cause (OSC) directing the respondents to show cause on or before July 14, 2006, why the writ should not be granted.

    3. Because the respondents had not filed any responsive pleading to the petition for writ of mandamus or otherwise entered an appearance on the Court's Electronic Filing System (ECF), the

respondents were not notified via the ECF or otherwise of the OSC.

4. The respondents were notified of the Court's OSC on Friday, July 21, 2006, when an employee of the petitioner's law office notified counsel for the respondents by telephone of the existence of the Order to Show Cause and notified counsel for the respondents that petitioner's counsel was out of the office that day, but would return on Monday, July 24, 2006. Petitioner's counsel contacted the respondents' counsel on Monday, July 24, 2006, to discuss a briefing schedule.

5. In light of the fact that counsel for the respondents has only recently learned of the OSC, the parties hereby agree to the following schedule, subject to approval by the Court.

| | |
|---|---|
| Respondents' Response to the OSC due: | August 3, 2006 |
| Petitioner's Reply: | August 10, 2006 |
| Hearing: | August 18, 2006, at 9:00 a.m. |

Date: July 25, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Respondents

Date: July 25, 2006

/s/
FRANK P. SPROULS
Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 26, 2006

_____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Frank Sprouls and I have signed this stipulation.

STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO OSC
C 06-3815-JSW       2