KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMINDA ARIAS, <br>     Petitioner, <br> v. <br> ALBERTO R. GONZALES, Attorney General of the United States; DAVID STILL, Acting District Director, San Francisco Office, U.S. Bureau of Citizenship and Immigration Services, <br>     Respondents. | No. C-06-3815-JSW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has committed to adjudicating the petitioner's application for adjustment of status within 60 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 06-3815-JSW                             1

Date: August 11, 2006                    Respectfully submitted,

                                         KEVIN V. RYAN
                                         United States Attorney


                                         /s/
                                         EDWARD A. OLSEN[1]
                                         Assistant United States Attorney
                                         Attorneys for Respondents


Date: August 11, 2006                    /s/
                                         FRANK P. SPROULS
                                         Attorneys for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 14, 2006                    _____
                                         JEFFREY S. WHITE
                                         United States District Judge

---

[1] I, Edward A. Olsen, attest that I have obtained Frank Sprouls' authorization to file this stipulation.

STIPULATION TO DISMISS
C 06-3815-JSW                            2